UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------x
CARLA MCKELVIN,

          Plaintiff,

  v.                                      21-CV-11925-CCC-LDW

SAINT MICHAEL'S MEDICAL CENTER,

          Defendant.

---------------------------------------------------------------x

## ARBITRATION STIPULATION AND [PROPOSED] ORDER

WHEREAS, on or about May 28, 2021, plaintiff Carla Mckelvin ("Plaintiff") filed a civil Complaint in the United States District Court, District of New Jersey, Civ. Case No. 21-CV-11925-CCC-LDW, alleging violations of the Family and Medical Leave Act ("FMLA") and the New Jersey Law Against Discrimination ("LAD");

WHEREAS, Plaintiff and Defendant entered into an arbitration agreement (the "Arbitration Agreement") and have agreed that the claims in this Action are governed by the Arbitration Agreement;

WHEREAS, pursuant to the Arbitration Agreement, Plaintiff and Defendant have agreed to submit the Action to binding and final arbitration through JAMS and pursuant to JAMS Employment Arbitration Rules and Procedures; and

WHEREAS, the parties have agreed that this Court shall retain jurisdiction of this matter to enforce any arbitration award;

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree as follows:

1. The Action shall be submitted to binding arbitration before JAMS in accordance with the terms set forth in the Arbitration Agreement;

2. The Action shall be stayed pending arbitration, and all dates currently on the calendar shall be vacated; and

3. Plaintiff shall commence arbitration with JAMS as soon as reasonably practicable after entry of the proposed order.

Dated: July 8, 2021

SHNAYDER LAW LLC

By: */s/ Erica Shnayder*
    Erica Shnayder
    89 Headquarters Plaza, Suite 1421
    Morristown, NJ 07960
    973-714-1515
    Erica@eshnayderlaw.com
    *Attorneys for Plaintiff Carla Mckelvin*

Dated: July 8, 2021

LITTLER MENDELSON P.C.

By: */s/ Eric A. Savage*
    Eric A. Savage
    900 Third Avenue
    New York, NY 10022
    212-583-2695
    Esavage@littler.com
    *Attorneys for Defendant Saint Michael's Medical Center*

## ~~[PROPOSED]~~ ORDER

Having reviewed and considered the stipulation between Plaintiff Carla Mckelvin and Defendant Saint Michael's Medical Center to submit Plaintiff's claims in this matter to arbitration, IT IS HEREBY ORDERED:

1. Plaintiff shall submit her claims to arbitration and the matter shall be arbitrated pursuant to the terms of the parties' arbitration agreement.

2. This action shall be stayed until completion of arbitration.

IT IS SO ORDERED.

Dated: July 21, 2021

*Leda Dunn Wettre*
HON. LEDA D. WETTRE, U.S.M.J.

*Further, this matter shall be administratively terminated pending arbitration, and the Clerk of Court is directed to mark the matter "closed." This shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41. Any party may file a letter request to reopen this matter and restore it to the Court's active docket at the appropriate time.